In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00095-CV**
_____

**IN THE INTEREST OF J. E.**

_____

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 21-09-13473-CV**
_____

**MEMORANDUM OPINION**

On March 3, 2022, the trial court signed a final order terminating the parent-child relationship between T.H. and J.E. and between J.E. and J.E. On March 23, 2022, J.E. filed a motion for new trial. On May 4, 2022, the trial court signed an order granting J.E.'s motion for new trial. On May 16, 2022, we abated the appeal and remanded the case to the trial court and warned that unless we received a supplemental clerk's record containing a final, appealable order or judgment by June 24, 2022, the appeal would be dismissed for want of jurisdiction. To date, we have

not received a supplemental clerk's record. No party requested additional time to obtain a final judgment or severance order.

This Court lacks jurisdiction over interlocutory appeals of parental termination decrees. *See In re J.M.E.*, No. 04-21-00317-CV, 2021 WL 4875528, at *1 (Tex. App.—San Antonio Oct. 20, 2021, no pet.). Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 27, 2022
Opinion Delivered July 28, 2022

Before Golemon, C.J., Kreger and Horton, JJ.